### DUNHAM v. STATE. (No. 12002.)

Court of Criminal Appeals of Texas. Nov. 21, 1928.

F. O. Fuller, of Houston, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for transporting intoxicating liquor; punishment being one year in the penitentiary.

No bills of exception are found bringing forward complaint of anything occurring during the trial.

The evidence supports the verdict.

The judgment is affirmed.

### DUNHAM v. STATE. (No. 12004.)

Court of Criminal Appeals of Texas. Nov. 21, 1928.

F. O. Fuller, of Houston, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

An inspection of the record before us shows that same contains no sentence. This court is without jurisdiction upon appeal where there has been no final judgment. A sentence is necessary to a final judgment. The court being without jurisdiction, the appeal is dismissed.